IN THE UNITED STATES BANKRUPTCY COURT

IN THE MATTER OF:
LINDA M. GROSSI
3116 NORWOOD DR.
FLINT, MI
                        48503-0000
a/k/a LINDA M. LOOMAS

SSN(1)XXX-XX-5295 SSN(2)XXX-XX-0000

    Debtor(s)

CHAPTER 13 PROCEEDINGS

CASE NO.:03-31296
JUDGE DANIEL S. OPPERMAN

NOTICE AND FINAL REPORT

---

## TRUSTEE'S NOTICE TO HOLDERS OF ALLOWED CLAIMS

---

    Pursuant to Local Bankruptcy Rule 2015-5 you are provided this notice because you are the holder of a claim allowed for payment in the above captioned matter.

    Enclosed in the same envelope with this notice is a copy of the trustee's final report. It shows the allowed amount of each claim and the actual amount paid upon the claim.

    Please be advised that you have thirty (30) days to file an objection to this report. A discharge may be granted if there are no objections filed.

    The Order of Discharge will include a finding that all allowed UNSECURED CLAIMS have been properly paid. With respect to SECURED CLAIMS or CLAIMS CONTINUING BEYOND THE TERM OF THE PLAN, the Order of Discharge will include a finding that any pre-petition or post-petition defaults have been cured and, as of the date of the enclosed report, such claims are in all respects current. That is, there is presently no unpaid debt for late charges, costs, or attorney fees and the escrow balance, if any, is current. The Order of Discharge will direct that creditors that held secured claims which were fully paid execute and deliver to the debtor a release or other discharge certificate suitable for recording and such creditors who hold secured claims which continue beyond the term of the plan to take no action inconsistent with the above findings.

Thank you,


510 W. COURT ST
CHAPTER 13 TRUSTEE
510 WEST COURT STREET
FLINT, MI. 48503
(313) 238-4675

LINDA M.    GROSSI
3116 NORWOOD DR.
FLINT, MI
                  48503-0000

```
                    IN THE UNITED STATES   BANKRUPTCY COURT


IN THE MATTER OF:                           CHAPTER 13 PROCEEDINGS
    LINDA M. GROSSI
    3116 NORWOOD DR.                        CASE NO.:03-31296
    FLINT, MI                               JUDGE DANIEL S. OPPERMAN
                            48503-0000
    a/k/a LINDA M. LOOMAS                   FINAL REPORT


    SSN(1)XXX-XX-5295 SSN(2)XXX-XX-0000

         Debtor(s)

---------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT
                            AND ACCOUNT
---------------------------------------------------------------------

    510 W. COURT ST        , Trustee for the above case, submits the following
final  report and account of  the  administration  of  the  estate  pursuant  to
11 USC 1302 (b)(1).


    1. The case was filed on 03/27/03 and confirmed on 10/07/03.
The case was subsequently COMPLETED

    2. The  amount paid to  the  Trustee  by or  on behalf of the debtor(s) was
$  63941.84 .

    3. The Trustee made disbursements to creditors as follows:
---------------------------------------------------------------------
CREDITOR NAME              CLAIM AMT     PRIN PD     INT PD     BAL DUE
---------------------------------------------------------------------
AMERICAN EXPRESS TRAVEL SER   9701.66     2037.35       .00         .00
TYPE: UNSECURED        COMMENT: CREDIT CARD      CRED ID: 3728-893376-54004
% OF CLAIM PAID:  21.00 %    BANKRUPTCY COURT CLAIM NO. ____

AMERICAN GENERAL FINANCE     2133.30      447.99        .00         .00
TYPE: UNSECURED        COMMENT: PMSI              CRED ID: 34068276
% OF CLAIM PAID:  21.00 %    BANKRUPTCY COURT CLAIM NO. ____

B-FIRST, L.L.C.              8979.81     1885.76        .00         .00
TYPE: UNSECURED        COMMENT: 99 CREDIT CARD    CRED ID: 4417 1259 7315 8854
% OF CLAIM PAID:  21.00 %    BANKRUPTCY COURT CLAIM NO. ____

B-FIRST, L.L.C.              9844.70     2067.39        .00         .00
TYPE: UNSECURED        COMMENT: 99 CREDIT CARD    CRED ID: 5417 1248 6118 3790
% OF CLAIM PAID:  21.00 %    BANKRUPTCY COURT CLAIM NO. ____

BANK ONE NATIONAL PAYMENT S 12907.05    12907.05        .00         .00
TYPE: MONTHLY MORTGAG  COMMENT: SOLD 06/06       CRED ID: 100001419601156020
% OF CLAIM PAID: 100.00 %    BANKRUPTCY COURT CLAIM NO. ____

BANK ONE NATIONAL PAYMENT S   330.95      330.95        .00         .00
TYPE: MORTGAGE ARREAR  COMMENT: SOLD 06/06       CRED ID: 100001419601156020
% OF CLAIM PAID: 100.00 %    BANKRUPTCY COURT CLAIM NO. ____
---------------------------------------------------------------------
CLAIM # 0010*                 885.65      185.99        .00         .00
```

```
TYPE: UNSECURED          COMMENT: 99 CREDIT CARD      CRED ID: 4121 7417 3942 9897
% OF CLAIM PAID:  21.00 %      BANKRUPTCY COURT CLAIM NO. ____
```

* THIS CLAIM PAID TO MULTIPLE PAYEES

PAGE   1 - CONTINUED ON NEXT PAGE

```
------------------------------------------------------------------------
CREDITOR NAME                  CLAIM AMT      PRIN PD       INT PD       BAL DUE
------------------------------------------------------------------------
  118398 CAPITAL ONE
    PRIN:      84.16   INT:       .00
  602815 *CAPITAL ONE F.S.B.
    PRIN:     101.83   INT:       .00
------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATIO     3606.19       757.30          .00           .00
TYPE: UNSECURED         COMMENT: CREDIT CARD      CRED ID: 5408 2703 1790 4742
% OF CLAIM PAID:  21.00 %      BANKRUPTCY COURT CLAIM NO. ____
------------------------------------------------------------------------
CLAIM # 0020*                    760.41       159.69          .00           .00
TYPE: UNSECURED         COMMENT: CREDIT CARD      CRED ID: 7055
% OF CLAIM PAID:  21.00 %      BANKRUPTCY COURT CLAIM NO. ____

* THIS CLAIM PAID TO MULTIPLE PAYEES
  091149 ECAST SETTLEMENT CORPORATIO
    PRIN:      90.12   INT:       .00
  620631 ECAST SETTLEMENT CORPORATIO
    PRIN:      69.57   INT:       .00
------------------------------------------------------------------------
ECAST SETTLEMENT CORPORATIO     7913.67      1661.87          .00           .00
TYPE: UNSECURED         COMMENT: CREDIT CARD      CRED ID: 0074980018212229
% OF CLAIM PAID:  21.00 %      BANKRUPTCY COURT CLAIM NO. ____
------------------------------------------------------------------------
CLAIM # 0030*                   6621.68      1390.55          .00           .00
TYPE: UNSECURED         COMMENT: 99 CREDIT CARD   CRED ID: 60-80154-79425-5
% OF CLAIM PAID:  21.00 %      BANKRUPTCY COURT CLAIM NO. ____

* THIS CLAIM PAID TO MULTIPLE PAYEES
  091149 ECAST SETTLEMENT CORPORATIO
    PRIN:     934.27   INT:       .00
  189990 SEARS ROEBUCK & CO
    PRIN:     456.28   INT:       .00
------------------------------------------------------------------------
HOUSEHOLD RETAIL SERVICES       5754.25      1208.39          .00           .00
TYPE: UNSECURED         COMMENT: 99 CREDIT CARD   CRED ID: 0499 2737 5525 2955
% OF CLAIM PAID:  21.00 %      BANKRUPTCY COURT CLAIM NO. ____

KIM P. MCPEETERS D.D.S          1720.80       361.37          .00           .00
TYPE: UNSECURED         COMMENT: 7/26/01 - 8/16/01   CRED ID:
% OF CLAIM PAID:  21.00 %      BANKRUPTCY COURT CLAIM NO. ____

PREMIER BANKCARD                 552.18       115.96          .00           .00
TYPE: UNSECURED         COMMENT: CREDIT CARD      CRED ID: 5178 0070 2167 6549
% OF CLAIM PAID:  21.00 %      BANKRUPTCY COURT CLAIM NO. ____

RESURGENT ACQUISITION, LLC      8935.90      1876.54          .00           .00
TYPE: UNSECURED         COMMENT: CREDIT CARD      CRED ID: 4271 3826 0017 4284
% OF CLAIM PAID:  21.00 %      BANKRUPTCY COURT CLAIM NO. ____

SHORE MORTGAGE                 29367.00     29367.00          .00           .00
TYPE: MONTHLY MORTGAG   COMMENT: SOLD 06/06       CRED ID: 1017070879
% OF CLAIM PAID: 100.00 %      BANKRUPTCY COURT CLAIM NO. ____

U.S. BANK                        895.80       188.12          .00           .00
TYPE: UNSECURED         COMMENT: CREDIT CARD      CRED
```

% OF CLAIM PAID: 21.00 %     BANKRUPTCY COURT CLAIM NO. _____

PAGE  2 - CONTINUED ON NEXT PAGE

```
------------------------------------------------------------------------------
CREDITOR NAME                   CLAIM AMT      PRIN PD      INT PD     BAL DUE
------------------------------------------------------------------------------
WORLD FINANCIAL NETWORK           1649.90       346.48         .00         .00
TYPE: UNSECURED          COMMENT: 01 CREDIT CARD     CRED ID: 5856 3707 3005 4872
% OF CLAIM PAID:  21.00 %     BANKRUPTCY COURT CLAIM NO. ____
```

   4. Summary of disbursements:

```
------------------------------------------------------------------------------
                SECURED    PRIORITY   UNSECURED   CONT DEBTS       TOTAL
------------------------------------------------------------------------------
CLAIM AMOUNT     330.95         .00    69955.90     42274.05    112560.90
PRINCIPAL PAID   330.95         .00    14690.75     42274.05     57295.75
INTEREST PAID       .00         .00         .00         .00          .00
```

   5. Costs of administration:
The clerk was paid $       .00  through the plan for the filing fee.
The debtor's attorney was allowed $   3053.05 and was paid $   3053.05 .
The Trustee was paid $   2115.69  pursuant to 11 USC 1302.
Refunds to the debtor total $   1477.35 .
Refunds to the Ch 7 Trustee total $       .00 .
Refunds to the new Ch 13 Trustee total $      .00 .
Administrative claims were paid $       .00 .

   Wherefore the trustee requests a final decree be entered  which  discharges
the trustee and his surety from any and all liability on account of  the above
case, closes the estate, and grants such other relief as may be just and proper.

                                        /S/ CARL L. BEKOFSKE
xc:LINDA M.           GROSSI           _____
   CHIMKO, DZIALO & DIMOVSKI PC         510 W. COURT ST

    ATTORNEY AT LAW
    PO BOX 70368
    ROCHESTER, MI              48307-0368
                                                   Date: 11/13/06